447 F.2d 979
 UNITED STATES of America, Plaintiff-Appellee,
v.
Alvin G. CONNER and John P. Dyer, Jr., Defendants-Appellants.
 No. 71-1222.
 United States Court of Appeals, Fifth Circuit.
 Sept. 16, 1971, Rehearing Denied Oct. 29, 1971.
 
 Duard R. McDonald, John H. Moore, McDonald, Dupree, Channell & Rodriguez, Marietta, Ga., for defendants-appellants.
 John W. Stokes, Jr., U.S. Atty., Allen L. Chancey, Jr., Asst. U.S. Atty., Atlanta, Ga., for plaintiff-appellee.
 Appeal from the United States District Court for the Northern District of Georgia; Albert J. Henderson, Jr., District Judge.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966